**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO ALBERTO RODRIGUEZ JR.,

    Plaintiff,

    v.

SANTA CLARA COUNTY MAIN JAIL,

    Defendant.

No. C 12-04033 JSW

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On July 31, 2012, Plaintiff Marlo Alberto Rodriguez, Jr. filed a complaint and an application to proceed *in forma pauperis* in the above-captioned case. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Upon review of Plaintiff's application, the Court is satisfied that Plaintiff has demonstrated his inability to pay; accordingly, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk shall issue the summons.

IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, and this Order upon all Defendants.

**IT IS SO ORDERED.**

Dated: August 30, 2012

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO RODRIGUEZ JR., | Case Number: CV12-04033 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SANTA CLARA COUNTY MAIN JAIL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Alberto Rodriguez
P.O. Box 12945
Fresno, CA 93779

Dated: August 30, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk