IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO ALBERTO RODRIGUEZ JR.,

    Plaintiff,

v.

SANTA CLARA COUNTY MAIN JAIL,

    Defendant.
                                      /

No. C 12-04033 JSW

**ORDER TO SHOW CAUSE**

By order dated August 30, 2012, this Court set the case management conference for November 2, 2012, and required personal appearances by counsel or in person for a *pro se* party. On Friday, November 2, 2012, this Court held the initial case management conference in this matter. Plaintiff, appearing *pro se*, did not appear.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute. Plaintiff's written response to this Order to Show Cause shall be due by **November 16, 2012** or this case shall be **dismissed** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 5, 2012

                                                                      
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIO ALBERTO RODRIGUEZ JR.,

        Plaintiff,

  v.

SANTA CLARA COUNTY MAIN JAIL et al,

        Defendant.

Case Number: CV12-04033 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Alberto Rodriguez
P.O. Box 12945
Fresno, CA 93779

Dated: November 5, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk